AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>MALIK WALKER<br><br>*Defendant* | )<br>)  Case No.  20cr216<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MALIK WALKER                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
   21:841(a)(1),(b)(1)(B) - DISTRIBUTION OF COCAINE BASE ("CRACK") - 1 COUNT

Date:   08/05/2020                                   /s/ KEVIN EIBEL
                                                       *Issuing officer's signature*

City and state:   PHILA., PA.                         KATE BARKMAN, CLERK OF COURT
                                                       *Printed name and title*

### Return

This warrant was received on *(date)* 8-5-20, and the person was arrested on *(date)* 9-4-20
at *(city and state)*  PF .

Date:  9-4-20                                         ATF
                                                       *Arresting officer's signature*

                                                       *Printed name and title*

1481565