IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| MALIK WALKER, | NO. 20-216 |
| Defendant. | |

## ORDER

**AND NOW**, this 5th day of August 2024, upon consideration of Defendant Malik Walker's Motion for Compassionate Release (Doc. No. 43), the Government's Response in Opposition (Doc. No. 44), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Defendant's Motion for Compassionate Release (Doc. No. 43) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.